**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT L. SCOTT, | ) | NO. CV 14-7439-ODW(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Action For Lack Of Subject Matter Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 14, 2014.

_____
OTIS W. WRIGHT
UNITED STATES DISTRICT JUDGE